United States District Court
Southern District of Texas
**ENTERED**
July 02, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | § |
| Plaintiff, | § § |
| VS. | §   CIVIL ACTION NO. 4:18-CV-4766 |
| JOHN DOE, | § § |
| Defendant. | § § |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Stipulation of Dismissal with Prejudice filed on July 1, 2019 (Doc. #15 ), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this 2nd day of July, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1